**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(RICHMOND DIVISION)**

| | | |
|---|---|---|
| **KEVETTE ELLIOTT**, | : | |
| Administrator of the Estate of | : | |
| MARGARET J. BEARD, Deceased. | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 3:26-cv-908 |
| **KIA CORPORATION**, | : | |
| And | : | |
| **KIA AMERICA, INC**. | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all the parties of records:

Please note the appearance of Brent R. Gary, Esquire, as counsel for Defendant, Kia America, Inc. in the above-captioned matter.

I certify that I am admitted to practice in this Court. Please include the undersigned on all pleadings and correspondence relating to this matter.

Dated: October 1, 2026

Respectfully Submitted,

By Counsel

*/s/ Brent R. Gary*

Brent R. Gary (VSB No. 66592)
Holland & Knight, LLP
1650 Tysons Blvd., Ste. 1700
Tysons, VA 22102
Phone: (703) 720-8038
Fax: (703) 720-8610
Brent.gary@hklaw.com

Robert Tonn (**pro hac vice* motion to be submitted)
Holland & Knight, LLP
150 N. Riverside Plaza, Ste. 2700
Chicago, IL 60606
Direct: (312) 578-6687
Robert.tonn@hklaw.com

Counsel for Kia America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2026, I have electronically filed the foregoing using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel for record.

*/s/ Brent R. Gary*
Brent R. Gary (VSB No. 66592)
Holland & Knight, LLP



#546045482_v1